■ In the Matter of DAVID SYKES, Doing Business as D & D AUTO BODY AND AMERICAN AUTO PARTS, Appellant, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [823 NYS2d 744]—Appeal from a judgment (denominated order) of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered March 16, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.